

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 23 2014

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

NICOLE L. CHESSER and BRIAN CHESSER,
HER HUSBAND                                                              PLAINTIFFS

VS.                         CASE NO. 2:14cv93 JM

WALTER NETSCHI, PATRIOT INSURANCE
COMPANY, and ALLSTATE INSURANCE COMPANY    DEFENDANTS

## COMPLAINT

Come the Plaintiffs, Nicole Chesser and Brian Chesser, her husband, by their attorneys Easley & Houseal, PLLC, and for their cause of action against the Defendants, Walter Netschi, the Patriot Insurance Company, and Allstate Insurance Company, state:

This case assigned to District Judge Moody
and to Magistrate Judge Kay

### Statement as to Jurisdiction and Venue

This lawsuit arises out of an automobile collision that occurred in St. Francis County, Arkansas. Plaintiffs are and were at all times pertinent hereto adult residents of New Haven, Vermont. Defendant Walter Netschi was at the time of this collision a resident of the state of Arkansas. Patriot Insurance Company is an insurance company with its principal offices in the state of Michigan. Allstate is an insurance company with its principal offices in the state of Illinois. There exists complete diversity of jurisdiction as between the Plaintiffs and all defendants, and the matter in controversy exceeds $75,000.

1

This Court has full jurisdiction of the parties and subject matter hereto under the provisions of 28 USCA §1332, and venue properly lies in the Eastern Division of the Eastern District under the provisions of 28 USCA § 1391(b).

### Facts and Allegations

1. On January 23, 2012 at approximately 6:40 A.M. Plaintiff Nicole Chesser was lawfully and cautiously driving a 2005 Jeep Liberty owned and insured by Peter Foreman, pulling a horse trailer in an easterly direction on I-40 near Forrest City, Arkansas when, without warning, Defendant Netschi so negligently operated his vehicle as to slam into the rear of the horse trailer with such force as to cause both Plaintiff's vehicle and the horse trailer to overturn twice. As a direct and proximate result of the negligence of Defendant Netschi, Plaintiffs have suffered injuries and damages as hereinafter set out.

2, Netschi is believed to be underinsured with respect to the damages he caused in this crash, and the Defendants Patriot and Allstate are sued to recover underinsured motorist benefits available to Plaintiffs.

3. Defendant Netschi, in driving his vehicle into the rear of the horse trailer, was negligent in the following particulars, to-wit:

    (a) Defendant Netschi was following too closely;

    (b) he failed to yield the right-of-way to a forward vehicle;

    (c) he failed to maintain control of his vehicle;

    (d) he failed to maintain a proper lookout;

    (e) he operated his vehicle recklessly and carelessly;

all in violation of law.

4.   In addition to his negligence, Defendant Netschi operated his vehicle so intentionally, willfully, wantonly and recklessly, and with such indifference to the safety of others that malice may be inferred, and he should be punished by the assessment of punitive damages in an amount sufficient to deter him, and others similarly situated from such conduct in the future.

5.   Solely and proximately as a result of Netschi's negligence and willful, wanton, and reckless conduct as aforesaid, Plaintiff Nicole Chesser suffered the following injuries and damages:

> (a)   Plaintiff severely injured her spine, right hip, left shoulder, and head, and had to have lumbar surgery, which has failed to stop her pain;
>
> (b)   Plaintiff has incurred medical and pharmaceutical bills in excess of $137,000.00 in the past, and can reasonably be expected to incur more of such expenses in the future;
>
> (c)   Plaintiff has suffered a loss of earning capacity;
>
> (d)   Plaintiff has endured pain, suffering, mental anguish, depression and post-traumatic stress syndrome in the past, and can reasonably be expected to experience same in the future; and,
>
> (e)   Plaintiff has suffered painful and permanent injuries and damages that have altered her lifestyle, and will continue to do so in the future.

for all of which she should be compensated.

6.   Solely and proximately as a result of Netschi's negligence and willful, wanton, and reckless conduct as aforesaid, Plaintiff Brian Chesser

suffered a significant loss of consortium with his young wife.

7. On the date of the collision complained of herein, both Plaintiffs were, by virtue of a policy of insurance owned by Gary Manning,[1] named insureds with the Defendant Patriot Insurance Company for injuries caused by an underinsured motorist. Plaintiffs were also insured against damages caused by an underinsured motorist through Allstate, which had the coverage on the Jeep, owned by Peter Foreman.[2]

8. Although Netschi's liability insurer, Travelers Insurance Company has refused to inform Plaintiffs of Netschi's limits of liability, it is nearly certain that Netschi's limits are insufficient to cover the Plaintiffs' damages caused by Netschi. In the event that Travelers refuses to settle this matter for its limits of coverage for Plaintiff Nicole Chesser – and an excess judgment is rendered against its insured Netschi – Travelers Insurance Company should be sued for bad faith and/or negligent refusal to settle.

9. Plaintiffs were named insureds on Gary Manning's Patriot policy for damages caused by an underinsured motorist, which provides limits of $100,000 per person/$300,000 per accident in excess of a tortfeasor's coverages. Plaintiffs were also insured for damages caused by an underinsured motorist through Peter Foreman's Allstate policy. Copies of the declarations sheets of the Patriot and Allstate policies are attached hereto, incorporated by reference herein, and marked Exhibits "A" and "B" respectively.

10. Plaintiff Nicole Chesser was so seriously injured, and her damages are so extensive and permanent, that it should be readily apparent to any

---

[1] Mr. Manning is Mrs. Chesser's father.
[2] Mr. Foreman is Mrs. Chesser's step-father.

4

reasonable insurance company that her damages exceed the amount of Netschi's coverage. If, after a fair opportunity to evaluate Plaintiffs' damages, either the Defendant Patriot Insurance Company or the Defendant Allstate withholds the total of its underinsured benefits, then in addition to the underinsured benefits available to either Plaintiff, Defendants Patriot and Allstate should be ordered by this Court to pay a 12% statutory penalty, together with a reasonable attorney fee pursuant to ACA § 23-79-208.

11. **Plaintiffs demand a jury trial**.

**WHEREFORE**, Plaintiffs Nicole Chesser and Brian Chesser pray for a judgment against the Defendant Netschi for compensatory damages in a sum in excess of the minimum required for federal diversity jurisdiction; for punitive damages against said Defendant to deter him, and others similarly situated from such conduct in the future; for judgment against Patriot Insurance Company for $100,000 for Nicole Chesser, together with a 12% statutory penalty and a reasonable attorney fee; for judgment against Allstate for Mrs. Chesser's injuries for $10,000, together with a 12% statutory penalty and a reasonable attorney fee; for a **jury trial**; and for all other proper relief.

**EASLEY & HOUSEAL, PLLC**
Attorneys for Plaintiffs

By: _/s/ B. Michael Easley_
B. Michael Easley (74041)
P. O. Box 1115
Forrest City, AR 72336-1115
(870) 633-1447



| PATRIOT INSURANCE COMPANY® | **Renewal** NAMED INSURED MANNING, GARY LEE | Personal Auto Policy POLICY NO. PA 4167252 | POLICY TERM 11/29/2012 to 11/29/2013 | *Page 1 of 2* AGENT NO. **0440090** |

**NAMED INSURED**
MANNING, GARY LEE
PO BOX 125
NEW HAVEN, VT 05472

**RENEWAL**
# Declaration
*A valued auto customer since 2010*

**Attach this document to your policy**

**POLICY NO.**
PA  4167252

**ISSUE DATE**
10/11/2012

**BILLING ACCOUNT NO.**
4167252000

**POLICY TERM**
11/29/2012 to 11/29/2013
12:01 AM Standard Time

**YOUR AGENCY IS:**
**POULOS INSURANCE, INC.**
PO 64855 533 ROOSEVELT HWY 201
COLCHESTER, VT  64855
Phone  (802) 864-3333    Agent No. 0440090-00

**INSURER:**    PATRIOT INSURANCE COMPANY

## Summary of Premiums

|  | AUTO 1 | AUTO 2 |
|---|---|---|
| Total by Auto | $574 | $200 |
| **Total Term Premium** | | **$774** |

## Billing Information

*Your policy is billed on a monthly basis. A statement of account or payment schedule will be mailed to you shortly.*

## Covered Autos

| AUTO | STATE/ RATING ZIP/ COUNTY | TIER/ YEAR/ CLASS | DESCRIPTION/ SERIAL NUMBER | VEH AGE/ COST SYM | VALUE/ CHANGE DATE |
|---|---|---|---|---|---|
| 001 | VT 05472 Addison | Superior 2006 N11021 | PRIVATE PASSENGER DODGE GRAND CARAV 2D4GP44L46R825756 | 08 11 | 11/29/2012 |
| 002 | VT 05472 Addison | Superior 1996 601011 | PRIVATE PASSENGER GMC SIERRA 1500 1GTEK19M1TES30190 | 18 12 | 11/29/2012 |

## Driver and Automobile Information

### Drivers

| ID | DRIVER NAME | LICENSE NUMBER | BIRTH DATE | PRINCIPAL DRIVER | OCCASIONAL DRIVER |
|---|---|---|---|---|---|
| 01 | MANNING, GARY LEE | 2034**** | **/**/1952 | 02 | |
| 02 | CHESSER, NICOLE | 0265**** | **/**/1983 | 01 | |
| 03 | CHESSER, BRIAN | 3234**** | **/**/1982 | | 02 |
| 04 | FOREMAN, ANNMARIE | 51105**** | **/**/1962 | | 01 |

### Automobile Information

| USE | AUTO |
|---|---|
| Auto driven for pleasure, to work or school, farm use or car pool. | 1, 2 |

| GARAGING LOCATION | | | AUTO |
|---|---|---|---|
| 7686 ETHAN ALLEN | HIGHWAY, VT | 005472 | * |

*applies to all covered autos unless specified individually above




85849VT (2-12)    INSURED'S COPY    D/B

| | | | |
|---|---|---|---|
| **Renewal** | **Personal Auto Policy** | | Page 2 of 2 |
| NAMED INSURED<br>MANNING, GARY LEE | POLICY NO.<br>PA 4167252 | POLICY TERM<br>11/29/2012 to 11/29/2013 | AGENT NO.<br>**0440090** |

## Coverage and Premium Details

*Insurance is provided where a premium is shown for the coverage*

| COVERAGES | LIMITS OF LIABILITY | PREMIUM AUTO 1 | PREMIUM AUTO 2 |
|---|---|---|---|
| Bodily Injury Liability | $100,000 each Person<br>$300,000 each Accident | $78 | $50 |
| Property Damage Liability | $100,000 each Accident | $44 | $26 |
| Uninsured and Underinsured Motorists | $100,000 each Person<br>$300,000 each Accident<br>Includes $10,000<br>Property Damage | $24 | $24 |
| Medical Payments | $5,000 each Person | $4 | $4 |
| Other Than Collision | $100 Deductible | $130 | $76 |
| Collision | $500 Deductible | $268 | |
| Towing and Labor | $50 Limit | $6 | |
| Transportation Expenses<br>Increased Limits | $35 per Day<br>$1050 per Occurrence | $20 | $20 |
| **Total by Auto** | | **$574** | **$200** |

### Premium Adjustments

| | APPLIES TO AUTO |
|---|---|
| Passive Restraint | 1, 2 |
| Loyalty | 1, 2 |
| Multiple Policy - Home | 1, 2 |
| Loss History | 1, 2 |
| Insurance Score | 1, 2 |

## Additional Interests

LOSS PAYEE AUTO #: 001

VT FEDERAL CREDIT UNION
PO BOX 407
BURLINGTON, VT 05402

## Forms and Endorsements

The following is a list of the forms and endorsements that make up your policy. Refer to these as needed for detailed information concerning your coverage. Some of these forms were provided when you first purchased your insurance. If you have added new coverages or if the form describing a coverage has changed since you purchased or last renewed your policy, a new copy of the form may be found in this package.

| TITLE | FORM | EDITION | |
|---|---|---|---|
| Witness Clause | 10923 | 07-10 | * |
| Personal Auto Policy | PP0001 | 06-98 | |
| Amendment Of Policy Provisions -- Vermont | PP0172 | 02-12 | * |
| Optional Increased Limits Transportation Expenses Coverage | PP0302 | 09-09 | * |
| Towing And Labor Costs Coverage | PP0303 | 04-86 | |
| Loss Payable Clause | PP0305 | 08-86 | |
| Uninsured Motorists Coverage -- Vermont | PP0496 | 08-09 | |
| Coverage For Damage To Your Auto Exclusion Endorsement | PP1301 | 12-99 | * |
| Custom Equipment Exclusion Endorsement | PP1306 | 02-12 | * |

An asterisk (*) indicates an updated version is included in this package (agent's package will not include updated forms, but will include notices to policyholders).

# Allstate Insurance Company

## RENEWAL
# Auto Policy Declarations

## Summary

| NAMED INSURED(S) | YOUR ALLSTATE AGENT IS | YOUR BILL |
|---|---|---|
| Peter and Annmarie Foreman<br>713 Ne 17th Road<br>Fort Lauderdale FL 33304-3422 | Victoria Park Ins I<br>(954) 761-1499<br><br>501 N Andrews Ave #1<br>Fort Lauderdale FL 33301 | lists your payment options. |

| POLICY NUMBER | POLICY PERIOD |
|---|---|
| 0 61 663233 07/19 | Jan. 19, 2012 to July 19, 2012 at 12:01 a.m. standard time |

| DRIVER(S) LISTED | DRIVER(S) EXCLUDED |
|---|---|
| Peter         Annmarie | None |

| VEHICLES COVERED | VEHICLE ID NUMBER | LIENHOLDER |
|---|---|---|
| 1.  05 Jeep Liberty | 1J4GK48K95W560278 | None |
| 2.  93 Nissan Sentra | JN1EB31P4PU216694 | None |

## Total Premium

| | |
|---|---|
| Premium for 05 Jeep Liberty | $209.46 |
| Premium for 93 Nissan Sentra | $249.08 |
| 01/2007 FHCF Emergency Assessment | $5.96 |
| **TOTAL** | **$464.50** |

✓ *Your total premium reflects a combined discount of $197.94*
See the **Important Payment and Coverage Information** section for details about installment fees.

*Your Policy Effective Date is Jan. 19, 2012; policy countersigned by agent Victoria Park Ins I*






# Allstate Insurance Company

Policy Number: 0 61 663233 07/19        Your Agent:   Victoria Park Ins I  (954) 761-1499
Policy Effective Date: Jan. 19, 2012

COVERAGE FOR VEHICLE # 1

## 2005 Jeep Liberty

| COVERAGE | LIMITS | | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| Automobile Liability Insurance | | | | |
| • Bodily Injury | $10,000 | each person | Not Applicable | $81.04 |
| | $20,000 | each occurrence | | |
| • Property Damage | $25,000 | each occurrence | Not Applicable | $63.23 |
| Personal Injury Protection | | | $250 | $65.19 |
| Aggregate Total | $10,000 | each person | | |
| Income loss does not apply to insured or any dependent resident relative | | | | |
| Deductible applies to insured and each dependent resident relative | | | | |
| **Total Premium for 05 Jeep Liberty** | | | | **$209.46** |

**DISCOUNTS**   Your premium for this vehicle reflects the following discounts:
Passive Restraint       $21.72    Antilock Brakes     $17.61    Home Ownership     $13.79
Premier Plus            $52.85

## RATING INFORMATION
This vehicle is driven a maximum of 7,500 miles per year, for pleasure, adult age 58, with no unmarried driver under 25, good driver rate

# Allstate Insurance Company

Policy Number: 0 61 663233 07/19      Your Agent:   Victoria Park Ins I  (954) 761-1499
Policy Effective Date: Jan. 19, 2012

COVERAGE FOR VEHICLE # 2
## 1993 Nissan Sentra

| COVERAGE | LIMITS | | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| Automobile Liability Insurance | | | | |
| • Bodily Injury | $10,000 | each person | Not Applicable | $87.10 |
|  | $20,000 | each occurrence | | |
| • Property Damage | $25,000 | each occurrence | Not Applicable | $68.83 |
| Personal Injury Protection Aggregate Total | $10,000 | each person | $250 | $93.15 |
| Income loss does not apply to insured or any dependent resident relative | | | | |
| Deductible applies to insured only | | | | |
| **Total Premium for 93 Nissan Sentra** | | | | **$249.08** |

### DISCOUNTS   Your premium for this vehicle reflects the following discounts:

| Automatic Seat Belts | $8.72 | Home Ownership | $17.23 | Premier Plus | $66.02 |

## RATING INFORMATION
This vehicle is driven a maximum of 7,500 miles per year, for pleasure, adult age 49, with no unmarried driver under 25, good driver rate