IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

NICOLE L. CHESSER and
BRIAN CHESSER, HER HUSBAND                                      PLAINTIFFS

vs.                             CASE NO. 2:14cv93  JM

WALTER NETSCHI and
PATRIOT INSURANCE COMPANY                                       DEFENDANTS

## ORDER GRANTING DISMISSAL WITH PREJUDICE

Pursuant to the stipulated dismissal filed jointly by Plaintiffs and Defendant Walter Netschi (Docket No. 21), this matter is dismissed with prejudice as to Walter Netschi.  The parties will assume their own fees and costs, and Plaintiffs are responsible for any liens that may arise.

IT IS SO ORDERED this 27th day of January , 2015.

_____
James M. Moody Jr.
United States District Judge